# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2037

_____

LEONARD TAYLOR,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS and CORIZON
HEALTH, INC.,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

October 21, 2019

PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Leonard Taylor, pro se, Appellant.

Ashley Moody, Attorney General, and Erik Kverne, Assistant Attorney General, Tallahassee, for Appellee, Florida Department of Corrections; Gregg A. Toomey of the Toomey Law Firm, LLC, Fort Myers, for Appellee Corizon Health, Inc.